UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MARTIN, Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE,<br>　　　　　　　　　　Defendants. | C.A. No.  05-10577 (MLW) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Thomas G. Shapiro of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiff Joseph Martin in the above-captioned matter.

Dated:  March 29, 2005　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Thomas G. Shapiro
　　　　　　　　　　　　　　　　　　　　Thomas G. Shapiro BBO No. 454680
　　　　　　　　　　　　　　　　　　　　Theodore M. Hess-Mahan BBO No. 557109
　　　　　　　　　　　　　　　　　　　　Shapiro Haber & Urmy LLP
　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　617-439-3939

　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendants**