UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MARTIN, Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE,<br>　　　　　　　　　　Defendants. | C.A. No. 05-10577 (MLW) |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The parties, through their undersigned counsel, hereby stipulate and agree that the time within which the Defendants shall have to answer, move, or otherwise respond to the complaint in the above-captioned action shall be enlarged to the date thirty (30) days following the later of (i) the court's appointment of a "lead plaintiff" within the meaning of the Private Securities Litigation Reform Act of 1995, or (ii) the filing of a consolidated amended complaint by such "lead plaintiff."

STIPULATED AND AGREED:

**SHAPIRO HABER & URMY LLP**　　　　　　　**CHOATE HALL & STEWART LLP**

By: _____　　　　　　By: _____
Thomas G. Shapiro BBO No. 454680　　　　　Mitchell H. Kaplan BBO No. 258990
Theodore M. Hess-Mahan BBO No. 557109　　Exchange Place
53 State Street　　　　　　　　　　　　　　Boston, MA 02109
Boston, MA 02109　　　　　　　　　　　　　617-248-5000
617-439-3939

**Attorneys for Plaintiff**　　　　　　　　　**Attorneys for Defendants**