UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JOSEPH MARTIN, On Behalf of Himself and All    )
Others Similarly Situated,                     )
                                               )
                Plaintiff,                     )
                                               )
                v.                             )      Civil Action No. 05-10577 MLW
                                               )
VIISAGE TECHNOLOGY, INC., BERNARD C.           )
BAILEY, WILLIAM K. AULET, and DENIS K.         )
BERUBE,                                        )
                                               )
                Defendants.                    )
_____

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this

action.


                        VIISAGE TECHNOLOGY, INC., ET AL.

                        By their attorneys,


                        /s/ Mitchell H. Kaplan
                        Mitchell H. Kaplan, P.C. (BBO #258940)
                        **CHOATE, HALL & STEWART**
                        Exchange Place, 53 State Street
                        Boston, MA  02109
                        Tel.: (617) 248-5000

Dated:  May 18, 2005